UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>Defendants. | Case No.: 14-CV-1923-JO-WVG<br><br>**ORDER SCHEDULING VIDEO JOINT STATUS CONFERENCE** |

On April 10, 2023, defense counsel, Janet Chen, contacted this Court's Chambers to alert the Court of an issue affecting the Parties' execution of the settlement agreement reached at the April 3, 2023, Video Mandatory Settlement Conference ("MSC") in this matter. Specifically, defense counsel represented Plaintiff refuses to sign the settlement agreement after Defendants rejected his proposals to modify the settlement agreement terms following the MSC. Pursuant to the Court's April 3, 2023, Order Setting Telephonic Settlement Disposition Conferences, the Parties were ordered to execute the settlement agreement on or before April 12, 2023. Accordingly, time is of the essence and the instant dispute must be resolved as soon as practicable. To that end, the Court ORDERS the Parties

/ / /

/ / /

/ / /

to appear for a Video Joint Status Conference on **Tuesday, April 11, 2023, at 1:00 p.m. PST**.

      **IT IS SO ORDERED.**

Dated: April 10, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge