1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ANDREW A. CEJAS, | Case No.: 14cv1923-JO(LR) |
| 12                    Plaintiff, | **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |
| 13  v. | |
| 14  DANIEL PARAMO, et al., | |
| 15                    Defendants. | |
| 16 | |

17

18     On October 11, 2023, the parties filed a joint motion to dismiss this action, stating
19 that they "have resolved this case in its entirety" and "stipulate[d] under Federal Rule of
20 Civil Procedure 41(a)(l)(A)(ii) to a dismissal of th[e] action with prejudice."  (ECF No.
21 153.)  On October 16, 2023, District Judge Jinsook Ohta granted the parties' joint motion
22 to dismiss.  (ECF No. 155.)  On October 17, 2023, the action was transferred from the
23 calendar of Magistrate Judge William Gallo to the calendar of Magistrate Judge Lupe
24 Rodriguez, Jr.  (ECF No. 156.)
25     On October 19, 2023, Plaintiff Andrew Cejas filed an "Object[ion] to Voluntary
26 Dismissal," stating that he has not yet received a settlement check or a confirmation that
27 the funds have been deposited into his account, as well as a copy of the settlement
28 paperwork.  (ECF No. 157.)  In light of Plaintiff's filing, and after consulting with the

chambers of District Judge Jinsook Ohta, the Court **SETS** a telephonic Status Conference for **November 14, 2023**, at **9:00 a.m.**  Counsel for Defendants is to arrange and initiate the conference call with Plaintiff's correctional institution.  The telephone number for Judge Rodriguez's chambers is (760) 339-4250.

    **IT IS SO ORDERED.**

Dated:  October 30, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge